UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21882-CIV-MORENO
03-20692-CR-MORENO

ASDRUBAL BRID-TARRA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate **(D.E. No. 1)**, filed on **July 27, 2006**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 6)** on **February 28, 2008**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed and the time for doing so has now passed.  Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 6)** on **February 28, 2008** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

(1)    the motion to vacate is DENIED;

    (2)    all pending motions are DENIED as moot; and

    (3)    this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record